## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Loretta Washington, | ) | Case No. 18-02791 |
| | ) | |
| Debtor(s). | ) | Judge Hunt |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

JUDGE:  Hunt
ROOM:   719
DATE:   October 21, 2019
TIME:   9:30 AM

## PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before September 30, 2019 at 5:00 p.m., with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

/s/ Alexander Preber
Alexander Preber, A.R.D.C. 6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

**Loretta Washington**
**9240 S. Laflin St. Apt #3**
**Chicago, IL 60620**

**The Illinois Tollway**
**PO Box 5544**
**Chicago, IL 60680**

**City Of Chicago Department of Finance**
**C/O Arnold Scott Harris P.C.**
**111 W Jackson Blvd Suite 600**
**Chicago, IL 60604**

**IRS**
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**JEFFERSON CAPITAL SYSTEMS LLC**
**PO Box 7999**
**St Cloud MN 56302**

**IL Dept of Revenue Bankruptcy Section**
**PO Box 19035**
**Springfield, IL 62794-9035**

**Somerset Park Apartments**
**Hunter Warfield**
**4620 Woodland Corporate Blvd.**
**Tampa, FL 33614**

**1st Loan #378**
**12601 S Western Ave**
**Blue Island, IL 60406**

**City of Chicago Department**
**Of Administrative Hearing**
**City of Chicago - DOAH C/O Arnold Scott**
**111 W. Jackson Ste 600**
**Chicago, IL 60604**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Loretta Washington, | ) | Case No. 18-02791 |
| | ) | |
| Debtor(s). | ) | Judge Hunt |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the debtor, LORETTA WASHINGTON, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On January 31st, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on July 2nd, 2018. Marilyn O. Marshall was appointed Trustee in this case.

3) The Debtor's Chapter 13 plan currently provides for payments of $560.00 for an initial plan term of 36 months, with payments to the General Unsecured Creditors of at least 10% of their allowed claims.

4) The Debtor has paid $7,900.25 into her Chapter 13 plan over the 21 months since the case was filed.

5) The Debtor is currently in default in the amount of $1,178.00.

6) The Debtor fell behind because she had to use her 2018 tax refund, which was supposed to be turned over to the Trustee, for repair to her vehicles transmission and other vehicle repairs. She can resume monthly payments, but cannot catch up and become current with her payments to the Trustee.

7)        The Debtor proposes to modify is Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer her current default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing his Chapter 13 plan.

8)        Deferring the default would require the plan to run slightly longer than 60 months, so the Debtor further proposes to increase her monthly payment by $15.00 to $575.00 per month, to ensure that general, unsecured creditors continue to receive 10% of their allowed claims.

9)        This proposal will not cause the confirmed Chapter 13 plan to run longer than 60 months and will continue to pay General, Unsecured Creditors at least 10% of their allowed claims.

WHEREFORE, the Debtor, LORETTA WASHINGTON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Alexander Preber_____
Alexander Preber, A.R.D.C.  6324520
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100